**OFFICE OF THE COUNTY COUNSEL
COUNTY OF CONTRA COSTA**
Administration Building
651 Pine Street, 9th Floor
Martinez, California 94553-1229

(925) 335-1800
(925) 646-1078 (fax)



**SILVANO B. MARCHESI**
COUNTY COUNSEL

SHARON L. ANDERSON
CHIEF ASSISTANT

GREGORY C. HARVEY
VALERIE J. RANCHE
ASSISTANTS

January 31, 2006

Magistrate Judge Edward M. Chen
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

    Re:  *Aurelia Barch v. Contra Costa County, et al.*
         U.S. Dist. Ct. No. C 0 5 - 02461 (EMC)

Dear Judge Chen:

    This case is set for further Case Management Conference on February 8, 2006. The parties **jointly** request that the conference be continued to March 1, 2006, or thereafter as the court's calendar permits, as counsel Janet Holmes is scheduled to undergo surgery February 6, and will be unable to appear for three weeks. ENE has been completed, and trial has been set for December 4, 2006.

    Thank you for your consideration. Please call with any questions.

         Sincerely,

         SILVANO B. MARCHESI
         COUNTY COUNSEL

         By: *[signature]*
         Janet L. Holmes
         Deputy County Counsel

JLH/pw
cc: Stephan Williams

    IT IS SO ORDERED that the Status Conference
    is continued from 2/8/06 to 3/1/06 at 2:30 p.m.

Edward M. Chen
United States Magistrate Judge