STEPHAN C. WILLIAMS (SBN 37755)
Attorney at Law
1615 Bonanza Street, Suite 211
Walnut Creek, CA 94596
(925) 939-6822
(925) 939-6823 (Fax)

Attorney for Plaintiff
AURELIA BARCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

| | |
|---|---|
| AURELIA BARCH,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY HEALTH SERVICES DEPARTMENT; JANA DRAZICH, an individual and DOES 1 through 5, Inclusive,<br><br>    Defendants. | Civil Action No. C05-02461<br><br>**STIPULATION EXTENDING DISCOVERY LIMITATIONS PREVIOUSLY IMPOSED**; oRDER |

*WHEREAS* an Order entered by the Court after a Status Conference occurring March 8, 2006, imposes a limit on seven depositions for each party,

*AND WHEREAS* the Court ordered discovery to be completed by July 17, 2006,

*NOW THEREFORE*, it is agreed between the parties through their respective counsel that:

1. Plaintiff be allowed to take a total of 10 depositions but none of the additional depositions is to exceed one hour in duration;

///
///
///
///

1

STIPULATION EXTENDING DISCOVERY LIMITATIONS PREVIOUSLY IMPOSED

2. That the discovery period be extended to July 24, 2006.

DATED: May 8, 2006

Respectfully submitted,

The Law Offices of Stephan C. Williams

By: /s/ Stephan C. Williams
Stephan C. Williams, Esq.
Attorney for Plaintiff Aurelia Barch

DATED: May __, 2006

Office of the County Counsel
County of Contra Costa

By: /s/ Janet L. Holmes
Janet L. Holmes, Esq.
Deputy County Counsel

**IT IS SO ORDERED.**

DATED: 5/18, 2006

The Honorable Edward M. Chen
United States Magistrate Judge

---

2
STIPULATION EXTENDING DISCOVERY LIMITATIONS PREVIOUSLY IMPOSED