UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIA BARCH,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY HEALTH SERVICES DEPARTMENT, et al.,<br><br>    Defendants.<br>_____/ | No. C-05-02461 EMC (EDL)<br><br>NOTICE OF CONTINUANCE<br>OF SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for August 16, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **September 1, 2006 at 9:00 a.m**.

On or before August 23, 2006, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: August 15, 2006

                                         _Elizabeth D. Laporte_
                                         ELIZABETH D. LAPORTE
                                         United States Magistrate Judge