STEPHAN C. WILLIAMS (SBN 37755)
Attorney at Law
1615 Bonanza Street, Suite 211
Walnut Creek, CA 94596
(925) 939-6822
(925) 939-6823 (Fax)

E-filing

Attorney for Plaintiff
AURELIA BARCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

AURELIA BARCH,

    Plaintiff,

vs.

CONTRA COSTA COUNTY HEALTH SERVICES DEPARTMENT; JANA DRAZICH, an individual and DOES 1 through 5, Inclusive,

    Defendants.

Civil Action No. C05-02461

**STIPULATION EXTENDING DISCOVERY LIMITATIONS PREVIOUSLY IMPOSED; ORDER**

  *WHEREAS* an Order entered by the Court after a Status Conference occurring June 7, 2006, imposes a deadline of October 30, 2006 for plaintiff and defendants to disclose their experts and provide reports, and

  *WHEREAS* the Order imposes a deadline of November 13, 2006 for plaintiff and defendants to disclose their rebuttal experts and provide reports;

///
///
///
///

*NOW THEREFORE*, it is agreed between the parties through their respective counsel that:

1. Plaintiff and defendants shall have until December 13, 2006 (the date of the next status conference) to disclose their respective experts and provide reports;

2. The parties shall have until December 31, 2006 to disclose any rebuttal expert witnesses.

DATED: October 30, 2006

Respectfully submitted,

The Law Offices of Stephan C. Williams

By: /s/ Stephan C. Williams
Stephan C. Williams, Esq.
Attorney for Plaintiff Aurelia Barch

DATED: October 31, 2006

Office of the County Counsel
County of Contra Costa

By: /s/ Janet L. Holmes
Janet L. Holmes, Esq.
Deputy County Counsel

IT IS SO ORDERED.

DATED: Nov. 3, 2006

The Honorable Edward M. Chen
United States Magistrate Judge

2

STIPULATION EXTENDING DISCOVERY LIMITATIONS PREVIOUSLY IMPOSED; ORDER