UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AURELIA BARCH,

      Plaintiff,

      v.

CONTRA COSTA COUNTY HEALTH
SERVICES DEPARTMENT, et al.,

      Defendants.
_____/

No. C-05-02461 EMC (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for February 8, 2007 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **February 14, 2007 at 9:30 a.m**.

**Updated Confidential Settlement Conference Statements shall be submitted directly to the magistrate judge no later than February 7, 2007.** All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: January 31, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge