UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AURELIA BARCH,

    Plaintiff,

    v.

CONTRA COSTA COUNTY HEALTH SERVICES, et al.,

    Defendants.
_____/

No. CV05-02461 EMC

**ORDER RESCHEDULING DEADLINES ON PRETRIAL FILING**

**IT IS HEREBY ORDERED THAT:**

(1) The deadline for counsel to serve and file a joint pretrial statement and all pretrial related documents as stated in the Second Amended Case Management Conference Order filed June 8, 2006 is extended from February 16, 2007 to **February 23, 2007.**

(2) The deadline to file objections to trial exhibits, etc. is extended from February 26, 2007 to **February 28, 2007**.

(3) Pretrial conference remains to be held on **March 7, 2007 at 3:00 p.m.** in Courtroom C, 15th Floor, 450 Golden Gate, San Francisco, CA 94102.

(4) Jury trial remains to begin on **March 19, 2007 at 8:30 a.m.**

Dated: February 7, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge